USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JARROD MYLAN,                                  :
                                               :
                            Plaintiff,         :
                                               :          1:19-cv-3884-GHW
              -v -                              :
                                               :          ORDER
JULISSA SANTOS, *Captain*, et al.              :
                                               :
                            Defendants.        :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Corporation Counsel's request for an extension of time for Defendants to answer or

otherwise respond to Plaintiff's amended complaint is granted. The deadline for Defendants to

answer or otherwise respond to the complaint is extended to April 2, 2020.

Because Corporation Counsel has informed this court that the Department of Corrections'

internal investigation has concluded, this case is no longer stayed. The Clerk of Court is directed to

note that this case is no longer stayed on the docket.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff by first class

and certified mail.

SO ORDERED.

Dated:  February 10, 2020                    _____
New York, New York                           GREGORY H. WOODS
                                             United States District Judge