```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23//2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JARROD MYLAN,  :
　:
　　　　　　　　Plaintiff,  :
　:   1:19-cv-3884-GHW
　　　-v -  :
　:   ORDER
JULISSA SANTOS, *Captain*, et al.  :
　:
　　　　　　　　Defendants.  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

In light of the pandemic caused by the novel coronavirus, Corporation Counsel's request for an extension of time for Defendants to answer or otherwise respond to Plaintiff's amended complaint is granted. The deadline for Defendants to answer or otherwise respond to the complaint is extended to June 2, 2020. The initial pretrial conference, see Dkt. No. 27, is adjourned to June 4, 2020 at 11:00 a.m.

Corporation Counsel is directed to mail a copy of this order to Plaintiff by first class mail and file proof of service on the docket.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 28.

SO ORDERED.

Dated: March 22, 2020
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　United States District Judge