```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JARROD MYLAN,                                      :
                                                   :
                                   Plaintiff,      :
                                                   :            1:19-cv-3884-GHW
                    -v -                            :
                                                   :                ORDER
JULISSA SANTOS, *Captain*, et al.                  :
                                                   :
                                 Defendants.       :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference in this case is scheduled for **June 4, 2020 at 11:00 a.m.** The

Court anticipates that Corporation Counsel will coordinate with the Warden or other official in

charge at Attica Correctional Facility to ensure that Plaintiff is produced pursuant to the Court's

February 10, 2020 order at Dkt. No. 27.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class mail and

note service on the docket.

SO ORDERED.

Dated: May 22, 2020                        _____
                                                    GREGORY H. WOODS
                                                 United States District Judge