UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
JARROD MYLAN, :
 :
                       Plaintiff, :
 : 19-CV-3884 (JPC)
     -v- :
 : ORDER
CAPTAIN JULISSA SANTOS et al., :
 :
                     Defendants. :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of a letter from Defendants, dated January 21, 2021, requesting that the Court (1) compel Plaintiff to respond to Defendants' first set of interrogatories and requests for production by a date certain and (2) grant a 30-day extension to all discovery deadlines. (Dkt. 40.) It is hereby ORDERED that Defendants' requests are GRANTED. Plaintiff must respond to Defendants' first set of interrogatories and requests for production by February 12, 2021. The adjusted discovery dates are as follows: (1) Plaintiff shall make expert disclosures by March 10, 2021; (2) Defendants shall make expert disclosures by March 24, 2021; (3) all fact and expert discovery shall be due April 21, 2021; and (4) the parties shall discuss settlement by May 5, 2021. It is further ORDERED that the April 6, 2021 telephone conference with the Court is ADJOURNED to May 11, 2021 at 11:30 a.m. In accordance with the Case Management Plan, at least two weeks in advance of that conference, or no later than April 26, 2021, defense counsel must make arrangements with the warden for Plaintiff to appear for the conference by telephone. If any party wishes to file a motion for summary judgment, that party must request a pre-motion conference within one week of the close of discovery. If neither party wishes to file a motion for summary

judgment, the parties shall submit a joint pretrial order by May 21, 2021.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 22, 2021
      New York, New York

                                                      JOHN P. CRONAN
                                            United States District Judge