```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JARROD MYLAN,                                                      :
                                                                   :
                          Plaintiff,                               :
                                                                   :     19-CV-3884 (JPC)
              -v-                                                  :
                                                                   :     ORDER
CAPTAIN JULISSA SANTOS et al.,                                     :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a letter from Defendants, dated March 2, 2021, requesting that the Court dismiss the Amended Complaint in this case for failure to prosecute and failure to comply with the Court's January 22, 2021 Order, which required Plaintiff to respond to Defendants' first set of interrogatories and requests for production by February 12, 2021. Dkt. 42; *see* Dkt. 41. The Court is also in receipt of a letter-motion from Defendants, dated March 19, 2021, requesting to stay discovery pending the Court's resolution of their motion to dismiss. Dkt. 43.

It is hereby ORDERED that Plaintiff shall respond to Defendants' motion to dismiss by April 16, 2021, explaining why the Court should not dismiss this case for failure to prosecute and for failure to abide by the Court's January 22, 2021 Order compelling Plaintiff to respond to Defendants' discovery requests. Defendants' reply, if any, shall be due by April 30, 2021. If Plaintiff fails to submit anything in response to Defendants' motion, the Court may dismiss Plaintiff's case without further notice. It is further ORDERED that discovery is stayed pending the Court's resolution of the motion to dismiss.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff and

to terminate the motion pending at docket 43.

    SO ORDERED.

Dated: March 19, 2021
       New York, New York

                                           JOHN P. CRONAN
                                     United States District Judge