# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JARROD MYLAN,

                Plaintiff,

-against-                                                  19 **CIVIL** 3884 (JPC)

## **JUDGMENT**

CAPTAIN JULISSA SANTOS, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 10, 2021, Defendants' motion to dismiss under Rule 37 and Rule 41 is granted, and the Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      May 10, 2021

                                                        **RUBY J. KRAJICK**

                                                         Clerk of Court

**BY:**

                                                         **Deputy Clerk**